# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

v.  Case No.: 1:26–mj–00057–MJD

SEBASTIAN PEREZ–GOMEZ

## ORDER OF DETENTION PENDING TRIAL

    Defendant Sebastian Perez–Gomez appeared for a detention hearing before the undersigned on February 20, 2026. Defendant was advised of the right to a detention hearing. Upon being duly sworn, and with advice of counsel, defendant waived the right to a detention hearing with the understanding that a hearing will be granted at a later date on motion of defendant. Pending further hearings in this matter, defendant shall be held in custody by the United States Marshal and produced for future hearings.

ENTER.

                                                         s/Michael J Dumitru
                                                         UNITED STATES MAGISTRATE JUDGE